Richard L. Weiner (State Bar No. 123243)
Law Office of Richard L. Weiner
27240 Turnberry Lane, Suite 200
Valencia, California  91355

Telephone No.:  (661) 362-0860
Facsimile No.:   (661) 362-0861

Attorneys for Plaintiff New Form, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW FORM, INC., | CASE NO.  2:02-cv-02296-FMC-Ex |
| Plaintiffs, | FINAL JUDGMENT |
| vs. | |
| SABINA CORPORATION, etc., et al., | |
| Defendants | HON. FLORENCE M. COOPER<br>CTRM:         750 |

## FINAL JUDGMENT

As the Jury has returned its unanimous verdict in favor of Plaintiff New Form, Inc. dba Laguna Films and against Defendant Marco Iniguez and Defendant Tekila Films, Inc., in the above captioned matter,

THE COURT HEREBY ORDERS that judgment be entered in favor of Plaintiff New Form, Inc. and against Defendant Marco Iniguez and Defendant Tekila Films, Inc.

THE COURT FURTHER ORDERS that Plaintiff recover from Defendant Marco Iniguez and Defendant Tekila Films, Inc., jointly and severally, the principal sum of One Million Three Hundred and Twelve Thousand Five Hundred Dollars ($1,312,500.00) for willfully infringing the copyright interests of Plaintiff in the following fifteen (15) Motion Pictures: Aguila O Sol, El Ceniciento, El Gavilan Pollero, El Nino Perdido, El Rey Del

1  Barrio, El Vagabundo, Hay Muertos Que No Hacen Ruido, La Marca Del Zorrillo,
2  Musica, Poeta y Loco, Las Aventuras De Pito Perez, Los Tres Mosqueteros y Medio,
3  Simbad El Mareado, Paso A La Juventud, Si Me Han De Matar Manana, and Soy
4  Charro De Levita.

5  THE COURT FURTHER ORDERS that Plaintiff recover against Defendants,
6  jointly and severally, its costs of suit herein, including reasonable attorneys' fees and
7  costs pursuant to 17 U.S.C. §505.

DATED:    May 13, 2008

_____
HONORABLE FLORENCE M. COOPER
UNITED STATED DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED BY:

DATED: May 12, 2008                    LAW OFFICE OF
                                       RICHARD L. WEINER


                                       By: Richard L. Weiner___
                                           RICHARD L. WEINER
                                           Attorneys for Plaintiff
                                           NEW FORM, INC.