| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Richard L. Weiner SBN: 123243<br>Law Office of Richard L. Weiner<br>27240 Turnberry Lane, Suite 200<br>Valencia, California 91355<br><br>TELEPHONE NO.: (661) 362-0860 FAX NO.: (661) 362-0861<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>MAY 19 2008<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| NAME OF COURT: United States District Court, Central District of California<br>STREET ADDRESS: 312 North Spring Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Central | |
| PLAINTIFF: NEW FORM, INC.<br><br>DEFENDANT: SABINA CORPORATION, etc., et al. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[x] ENFORCEMENT OF JUDGMENT  [ ] ATTACHMENT (Third Person)<br>[x] Judgment Debtor  [ ] Third Person | CASE NUMBER:<br>CV 02-2296FMC (Ex) |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Marco Iniguez, individually and as President of Tekila Films, Inc.
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: June 27, 2008  Time: 9:30 a.m.  Courtroom Number: 20, Third Floor
Address of court [x] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 5/19/08

_____
JUDGE OR MAGISTRATE JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [x] Judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Marco Iniquez, individually and as President of Tekila Films, Inc. to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   [x] the judgment debtor.
   [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: May 19, 2008

RICHARD L. WEINER                              ▶ _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

CV-4P (12/93)                          **APPLICATION AND ORDER**                  Code of Civil Procedure,
(AT-138, EJ-125 [Rev. July 1, 2000])   **FOR APPEARANCE AND EXAMINATION**         §§ 491.110, 708.110, 708.120
                                       (Attachment—Enforcement of Judgment)       Page one
                                                                                  CCO-CV4P

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON
(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

THESE ASSETS INCLUDE, BUT ARE NOT LIMITED TO: CASH; DEPOSIT ACCOUNTS; ACCOUNTS RECEIVABLE FROM, AMONG OTHER SOURCES, ANDERSON MERCHANDISERS, LTD, AND TARGET DISTRIBUTORS; SAFETY DEPOSIT BOXES; COMPUTERS; HARD DRIVES OR OTHER COMPUTER DATA STORAGE DEVICES; MONITORS; OFFICE AND HOUSEHOLD FURNISHINGS; LICENSE AND DISTRIBUTION RIGHTS TO SPANISH AND ENGLISH LANGUAGE MOTION PICTURES AND MUSIC, INVENTORY OF "FINISHED PRODUCT" OF SPANISH AND ENGLISH LANGUAGE MOTION PICTURES AND MUSIC, IN DVD AND OTHER MEDIA FORMATS.

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,
ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.